**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LYNN L. KRIEGER, SB# 209592
  Email: Lynn.Krieger@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant WWL SHIPOWNING
SINGAPORE PTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TINA GALARZA ,<br><br>                Plaintiff,<br><br>        vs.<br><br>WWL SHIPOWNING SINGAPORE PTE;<br>DOES 1-40,<br><br>                Defendant. | CASE NO. 2:18-cv-03245-KJM-CKD<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE PRETRIAL DEADLINES**<br><br>Trial Date:       None Set |

The Parties in the above-entitled action jointly submit this Stipulation and Proposed Order seeking to continue the pretrial deadlines in this case:

This court entered its "STATUS (PRETRIAL SCHEDULING) ORDER" setting forth pretrial deadlines on June 12, 2019 (Docket Entry16), following the May 23, 2019 initial scheduling conference at which counsel for both parties attended.

At the time of the initial scheduling conference, Plaintiff was contemplating surgery to her left ankle, in the area she alleges was injured as a result of the subject incident. Plaintiff underwent surgery to the ankle in late summer 2019 and her status is being assessed. Documents have been exchanged but new documents will have to be obtained and an independent medical examinations completed. Once Plaintiff's status is assessed, the parties will engage in mediation with mediator James Nebel, who has already agreed to serve as a mediator in this case.

4815-7560-4912.1

JOINT STIPULATION AND ORDER TO CONTINUE PRETRIAL DEADLINES

The status of Plaintiff's recovery will affect issues and potential settlement in this case and the parties therefore respectfully request a continuation of the pretrial deadlines in this case as follows:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Completion of all discovery | January 10, 2020 | May 29, 2020 |
| Initial disclosure of expert witnesses | January 10, 2020 | May 29, 2020 |
| Rebuttal expert witness disclosure | February 10, 2020 | June 30, 2020 |
| Expert discovery cutoff | March 10, 2020 | July 31, 2020 |
| Hearing on dispositive motions | April 24, 2020 | September 18, 2020 |

The Court's June 12, 2019 provided that the Court will set a Final Pretrial Conference date after the resolution of any dispositive motions, or passage of the dispositive motion cutoff, with a trial date being determined at the pretrial conference.

Respectfully submitted.

DATED: January 3, 2020          LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    /S/ Lynn L. Krieger
      Lynn L. Krieger
      Attorneys for Defendant WWL SHIPOWNING SINGAPORE PTE

DATED: January 3, 2020                    WELTIN, STREB, & WELTIN, LLP

    /S/ Michael Villeggiante, Esq.
_____
Michael Villeggiante, Esq.
Attorneys for Plaintiff TINA GALARAZA

**ORDER**

The deadlines are adjusted as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Completion of all discovery | January 10, 2020 | May 29, 2020 |
| Initial disclosure of expert witnesses | January 10, 2020 | May 29, 2020 |
| Rebuttal expert witness disclosure | February 10, 2020 | June 30, 2020 |
| Expert discovery cutoff | March 10, 2020 | July 31, 2020 |
| Hearing on dispositive motions | April 24, 2020 | September 25, 2020 |

**It is so ORDERED.**

**DATED:** January 7, 2020.

_____
UNITED STATES DISTRICT JUDGE